IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD K. BINNS                                                    PLAINTIFF

v.                              Case No. 1:22-cv-01018

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                            DEFENDANT

### ORDER

Before the Court is the Report and Recommendation filed January 12, 2023, by the
Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.
ECF No. 15.  Plaintiff has not filed objections to the Report and Recommendation, and the time to
object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no
clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.
The Court hereby **AFFIRMS** the final decision of the Commissioner of the Social Security
Administration denying Plaintiff's applications for Disability Insurance Benefits and
Supplemental Security Income.

**IT IS SO ORDERED**, this 2nd day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge